UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>ANGELITA URZUA<br><br>  Defendant. | No. 19-cr-1950<br><br>ORDER TO AMEND JUDGMENT |

IT IS HEREBY ORDERED that the JUDGEMENT in the above entitled case be amended to read The defendant is hereby sentenced to probation for a term of: Five (5) years, Bureau of Prisons from 8:00 PM Tuesday to 8:AM Thursday for 52 consecutive weekends pursuant to 18 USC 3563 (b) (10) for a total of 104 days.

IT IS SO ORDERED:
DATED: 9/27/2019

_Larry A. Burns_
HONORABLE LARRY ALAN BURNS
CHIEF UNITED STATES DISTRICT JUDGE